**Dismissed and Memorandum Opinion filed December 13, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00549-CV

## UNCLE V'S SALVAGE ENTERPRISES, INC., AND VAN D. WARE, INDIVIDUALLY, Appellants

## V.

## DYRO PRODUCTIONS INC., Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1052925**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 12, 2016. The notice of appeal was filed July 12, 2016. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On October 4, 2016, this court ordered appellants to pay the appellate filing fee on or before October 19, 2016, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.